ALDRICH et al,
*Petitioners,*

*v.*

EMPLOYMENT DIVISION et al,
*Respondents.*

(83-AB-1580; CA A29512)

694 P2d 1029

Donald S. Richardson, Portland, argued the cause for appellant. On the brief were Kathryn T. Whalen, and Richardson & Murphy, Portland.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

No appearance by respondent Northwest Marine Iron Works.

Before Buttler, Presiding Judge, and Warren and Van Hoomissen, Judges.

PER CURIAM

Buttler, P. J., specially concurring.

**BUTTLER, P. J.,** specially concurring.

For the reasons stated in my dissent in *Cropley v. Employment Division,* 72 Or App 93, 694 P2d 1025 (1985), I would reverse the decision of EAB. However, unlike in *Cropley,* it appears that some of the petitioners here may have joined the strike and would not be entitled to unemployment compensation. *Barrier v. Employment Division,* 29 Or App 387, 563 P2d 1230 (1977). Accordingly, I would remand this case for a determination limited to which petitioners, if any, joined the strike.